**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **IBH Management PS LLC dba Infusion Beach Club** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-4562478** |
| 4. | Debtor's address | **Principal place of business**<br><br>**1900 N. Palm Canyon Drive**<br>**Palm Springs, CA 92262**<br>Number, Street, City, State & ZIP Code<br><br>**Riverside**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://infusionbcps.com/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **IBH Management PS LLC dba Infusion Beach Club** _____ Case number (if known) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor **IBH Management PS LLC dba Infusion Beach Club**     Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **IBH Management PS LLC dba Infusion Beach Club**    Case number (if known) _____
Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  11/18/2020
    MM / DD / YYYY

    X _____    Christopher M. Rosas
    Signature of authorized representative of debtor    Printed name

    Title  **Managing Member and Chief Executive Officer**

18. **Signature of attorney**

    X _____    Date  11/18/2020
    Signature of attorney for debtor    MM / DD / YYYY

    **Michael Jay Berger**
    Printed name

    **Law Offices of Michael Jay Berger**
    Firm name

    **9454 Wilshire Boulevard, 6th floor**
    **Beverly Hills, CA 90212**
    Number, Street, City, State & ZIP Code

    Contact phone  (310) 271-6223    Email address  michael.berger@bankruptcypower.com

    **100291 CA**
    Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case:

Debtor name: **IBH Management PS LLC dba Infusion Beach Club**
United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6770, LLC<br>PO Box 320641<br>San Francisco, CA 94132 | | Loan | | | | $10,000.00 |
| Cesar Cortez<br>68177 30th Avenue<br>Cathedral City, CA 92234 | | Loan | | | | $11,000.00 |
| Christopher M. Rosas<br>200 W. Sahara Ave., Unit 3903<br>Las Vegas, NV 89102 | | Loan | | | | $410,000.00 |
| City of Palms Springs<br>c/o Best Best & Krieger<br>300 South Grand Ave., 25th Fl.<br>Los Angeles, CA 90071 | | Transient Occupancy Tax | | | | $58,357.00 |
| City of Palms Springs Planning Dept<br>3200 E. Tahquitz Canyon Way<br>Palm Springs, CA 92262 | | Funding the sidewalk | Contingent Unliquidated Disputed | | | $50,000.00 |
| First Insurance Funding<br>450 Skokie Blvd., Ste. 1000<br>Northbrook, IL 60062 | | Property insurance | | | | $18,200.00 |

Debtor  **IBH Management PS LLC dba Infusion Beach Club**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Gaingles Infusion, LLC<br>43 W. 23rd 2nd Fl.<br>New York, NY 10010 | | Loan | | | | $10,000.00 |
| Harvest Small Business Finance, LLC<br>24422 Avenida De La Carlota #222<br>Laguna Hills, CA 92653 | | PPP Loan | | | | $84,000.00 |
| Hollenbeck & Associates<br>611 S. Palm Canyon Dr.<br>Palm Springs, CA 92264 | | Public relations | | | | $8,000.00 |
| Infusion Lounge Licensing Corp.<br>25 Edwards Ct<br>Burlingame, CA 94010 | | Naming rights | | | | $24,000.00 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | Unpaid taxes | | | | $94,000.00 |
| La Bottega Dell' Albergo USA Inc.<br>264 West 40th St., Ste. 201<br>New York, NY 10018 | | Vendor | | | | $9,177.00 |
| Mat Rogers<br>900 E. Palm Canyon Dr., #101<br>Palm Springs, CA 92264 | | Loan | | | | $20,000.00 |
| Model Roz, LLC<br>705 W. 9th St., #3001<br>Los Angeles, CA 90015 | | Loan | | | | $18,200.00 |
| Roseian V, LLC<br>PO Box 915<br>Tustin, CA 92781 | | Loan | | | | $260,000.00 |
| Roseian V, LLC<br>PO Box 915<br>Tustin, CA 92781 | | Unpaid rent | | | | $260,000.00 |
| RS Herman Architects, Inc<br>1725 Gardena Ave., 2nd Fl.<br>Glendale, CA 91204 | | Architectural services | | | | $26,367.00 |

Debtor  **IBH Management PS LLC dba Infusion Beach Club**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SCE  36100 Catherdral Canyon  Cathedral City, CA 92234 | | Utility | | | | $17,500.00 |
| The Jonath Taylor & Nicholas Trust  37 Lispenard St., Apt. 4  New York, NY 10013 | | Loan | | | | $30,000.00 |
| Triumvirate Pictures, Inc.  6311 N. Figueroa St., #5  Los Angeles, CA 90042 | | Marketing service | | | | $40,772.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | |

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>IBH Management PS LLC dba Infusion Beach Club<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 11/18/2020         Signature of Debtor 1

Date: _____         Signature of Debtor 2 (joint debtor) (if applicable)

Date: 11/18/2020          Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                      F 1007-1.MAILING.LIST.VERIFICATION

IBH Management PS LLC dba Infusion Beach Club
1900 N. Palm Canyon Drive
Palm Springs, CA 92262


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


6770, LLC
PO Box 320641
San Francisco, CA 94132


Accurate
731 W. Fairmont Dr.,
Tempe, AZ 85282


Berkley Net Comp
c/o Brown and Joseph, LLC
One Pierce Plaza 700 W
Itasca, IL 60143


Cesar Cortez
68177 30th Avenue
Cathedral City, CA 92234


Christoper M. Rosas
200 W. Sahara Ave., Unit 3903
Las Vegas, NV 89102


Christopher M. Rosas
200 W. Sahara Ave., Unit 3903
Las Vegas, NV 89102

Christopher Rosas
1900 N. Palm Canyon Dr.
Palm Springs, CA 92262


City of Palms Springs
c/o Best Best & Krieger
 300 South Grand Ave., 25th Fl.
Los Angeles, CA 90071


City of Palms Springs
c/o Fire Recovery USA, LLC
PO Box 548
Roseville, CA 95678


City of Palms Springs
3200 E. Tahquitz Canyon Way
Palm Springs, CA 92262


City of Palms Springs Planning Dept
3200 E. Tahquitz Canyon Way
Palm Springs, CA 92262


County of Riverside
PO Box 7909
Riverside, CA 92513


Desert Alarm
73168  CA - 111 #204
Palm Desert, CA 92260


Donald Sanderrs dba Sanders Constru
c/o Thomas Partition Co.
24307 Magic Mountain Pkwy #107
Mission Hills, CA 91345

Elan S. Levey, Esq.
United States Attorney's Office
300 N. Los Angeles Street
Fed. Bldg., Rm 7516
Los Angeles, CA 90012


Employee Development Department
PO Box 826203
Sacramento, CA 94230


Employee Development Department
Lien Group, MIC 92G
PO Box 826880
Sacramento, CA 94280-0001


Everest Business Funding
EBF Partners, LLC
8200 NW 52nd Terrance 2nd Fl.
Miami, FL 33166


First Insurance Funding
450 Skokie Blvd., Ste. 1000
Northbrook, IL 60062


Gaingles Infusion, LLC
43 W. 23rd 2nd Fl.
New York, NY 10010


Greater Palms Springs Convention
70100 Highway 111
Rancho Mirage, CA 92270


Harvest Small Business Finance, LLC
24422 Avenida De La Carlota #222
Laguna Hills, CA 92653

HD Supplies
PO Box 509058
San Diego, CA 92150


HI Tech Engineering, Inc.
4610 Calle Quetzal
Camarillo, CA 93012


Hollenbeck & Associates
611 S. Palm Canyon Dr.
Palm Springs, CA 92264


Infusion Lounge Licensing Corp.
25 Edwards Ct
Burlingame, CA 94010


IRS
P.O. Box 7346
Philadelphia, PA 19101


Karah Loftin
9826 Wornall Rd.
Kansas City, MO 64114


Karah Loftin
9826 Wornall Rd.,
Kansas City, MO 64114


La Bottega Dell' Albergo USA Inc.
264 West 40th St., Ste. 201
New York, NY 10018

Map Communications
PO Box 95117
Chicago, IL 60694


Mat Rogers
900 E. Palm Canyon Dr., #101
Palm Springs, CA 92264


Model Roz, LLC
705 W. 9th St., #3001
Los Angeles, CA 90015


NUCO2
2800 SE Market Place
Stuart, FL 34997


Olinn Security
1027 S. Palm Canyn Dr.,
Palm Springs, CA 92264


Roseian V, LLC
PO Box 915
Tustin, CA 92781


RS Herman Architects, Inc
1725 Gardena Ave., 2nd Fl.
Glendale, CA 91204


SCE
36100 Catherdral Canyon
Cathedral City, CA 92234

Shift 4
2202 N. Irving Street
Allentown, PA 18109


Steve Dini
18300 Ford Ave
Desert Hot Springs, CA 92240


The Jonath Taylor & Nicholas Trust
37 Lispenard St., Apt. 4
New York, NY 10013


Triumvirate Pictures, Inc.
6311 N. Figueroa St., #5
Los Angeles, CA 90042


US Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Michael Jay Berger**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291 CA**<br>**michael.berger@bankruptcypower.com**<br><br>☑ *Attorney for: IBH Management PS LLC dba Infusion Beach Club* | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**IBH Management PS LLC dba Infusion Beach Club**<br>Debtor.<br><br>Plaintiff(s),<br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Christopher M. Rosas**_____ , the undersigned in the above-captioned case, hereby declare
     *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                    F 1007-4.CORP.OWNERSHIP.STMT

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:
   - [✓] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a. [✓] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   Stephen Hansen - 13% member
   The Jonathan Taylore and Nicholas Hodulik Living Trust - 15% member
   Christopher Rosas - 22% managing member
   Chad Pradmore - 26.5% member
   Model Roz, LLC - 10% member

   [ ] See Addendum

b. [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 11/17/2020

By: _____
Signature of Debtor, or attorney for Debtor

Name: Christopher M. Rosas
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2012

F 1007-4.CORP.OWNERSHIP.STMT